# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145080

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                               SC: 145080
                                               COA: 301192
                                               Oakland CC: 2010-231056-FC

DONTE GREGORY LEONARD,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 22, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012 _____

_____
Clerk

p0827